UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Columbia Gas Transmission, LLC,

    Plaintiff,

v.

171.54 Acres of land, more or less, in Fairfield, Hocking, Monroe, Morgan, Muskingum, Noble, Perry, and Vinton et al.,

    Defendants.

Case No. 2:17-cv-70

Judge Michael H. Watson

Magistrate Judge Deavers

## ORDER

Plaintiff has filed numerous notices of dismissals. See ECF Nos. 77, 89, 91, 159, 163, 164, 171, 173, 316. However, these notices do not explicitly address the requirements of Federal Rule of Civil Procedure 71.1(i)(1)(A). Rule 71.1(i)(1)(A) allows a Plaintiff to dismiss an action as to a certain piece of property, *only* if "no compensation hearing on a piece of property has begun, and if the plaintiff has not acquired title or a lesser interest or taken possession." Plaintiff appropriately describes the property at issue in each notice of dismissal, but fails to address these other requirements. Plaintiff is **ORDERED** to address such missing information within **FOURTEEN DAYS** of the filing of this order.

Further, it does not appear that the relevant Defendants for each notice of dismissal were served said notices. See, e.g., ECF No. 316. Plaintiffs should address this issue in its forthcoming filing.

**IT IS SO ORDERED.**

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT